Christopher W. Hellmich (SBN 224169)
**Hellmich Law Group, P.C.**
2967 Michelson Dr.
Bldg. G, Suite #491
Irvine, CA 92612
Phone: (949) 287-5708
Fax: (714) 974-7733
Email: chellmich@hellmichlaw.com

*Attorney for: Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ART & CARS, LLC, a California company<br><br>Plaintiff,<br><br>vs.<br><br>R&R MARKETING AND PROMOTIONS GROUP, LLC a Arizona Company, and E. RAYMOND RODRIGUEZ, an indivdual<br><br>Defendants. | CASE NO.: SACV13-cv-01454 (JVS-AN)<br><br>FINAL JUDGMENT |

On December 19, 2014, the Court granted Plaintiff Art & Cars, LLC's ("Art & Cars") Application for Default Judgment against Defendants R&R Marketing and Promotions Group, LLC and E. Raymond Rodriquez.

///

///

It is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. **IT IS ORDERED THAT**, Plaintiff is awarded damages in the amount of $113,834.00 against Defendant R&R Marketing and Promotions Group, LLC ("R&R"). Of this amount, R&R and Rodriguez are jointly and severally liable to Plaintiff as to $63,609.50.

2. **IT IS FURTHER ORDERED THAT**, Defendants are liable to Plaintiff for taxable costs Plaintiff incurred in bringing this action against Defendants in the amount of $1,155.20. See, Form CV-59, filed as docket #53.

3. **IT IS FURTHER ORDERED THAT**, Defendants are liable to Plaintiff for pre-judgment interest in the amount of $213.44.

4. **IT IS FURTHER ORDERED THAT**, Defendants are liable to Plaintiff for post-judgment interest in accordance with the federal post-judgment rate. 28 U.S.C. §1961.

5. **IT IS FURTHER ORDERED THAT, the** Court shall retain jurisdiction to enforce this Final Judgment and to award such other equitable and further relief as the Court deems just and proper.

6. There being no just reason for delay, pursuant to Rule 54(d) of the Federal Rule of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**IT IS SO ORDERED.**

DATED: December 23, 2014

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE